No. 501.   GIBBS ET AL. *v.* UNITED STATES.   November 19, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. J. C. B. Ehringhaus* for petitioners.   *Solicitor General McGrath, Messrs. J. Edward Williams, Roger P. Marquis, Lawrence Vold* and *Walter J. Cummings, Jr.* for the United States.

No. 502.   DI ORIO *v.* UNITED STATES.   November 19, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Mr. Harold Simandl* for petitioner.   *Solicitor General McGrath, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 503.   SPIERS *v.* BOWLES, PRICE ADMINISTRATOR.   November 19, 1945.   Petition for writ of certiorari to the United States Emergency Court of Appeals denied.   *Mr. T. J. Wills* for petitioner.   *Solicitor General McGrath* and *Mr. Richard H. Field* for respondent.

No. 506.   TONKIN ET AL., EXECUTORS, *v.* UNITED STATES.   November 19, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Mr. Charles F. C. Arensberg* and *Miss Ella Graubart* for petitioners.   *Solicitor General McGrath, Assistant Attorney General Clark, Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 511.   CITY OF MENASHA *v.* FURTON ET AL., COPARTNERS, DOING BUSINESS AS FURTON BROTHERS CONSTRUCTION Co.   November 19, 1945.   Petition for writ of cer-